1  **BURSOR & FISHER, P.A.**
2  Neal J. Deckant (State Bar No. 322946)
   Julia K. Venditti (State Bar No. 332688)
3  1990 North California Boulevard, 9th Floor
4  Walnut Creek, CA  94596
   Telephone:  (925) 300-4455
5  Facsimile:  (925) 407-2700
6  Email: ndeckant@bursor.com
           jvenditti@bursor.com
7
8  *Attorneys for Plaintiffs*

9
10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  D.P. and F.C., individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02889-FMO-JC |
| 14  Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| 15  v. | |
| 16  NBCUNIVERSAL MEDIA, LLC; UNIVERSAL CITY STUDIOS LLC d/b/a Universal Studios Hollywood; UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD. d/b/a Universal Orlando Resort; and UNIVERSAL CITY TRAVEL PARTNERS d/b/a Universal Parks & Resorts Vacations, | |
| 22  Defendants. | |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs D.P. and F.C. (collectively, "Plaintiffs") hereby dismiss, with prejudice, all claims against Defendants NBCUniversal Media, LLC, Universal City Studios LLC d/b/a Universal Studios Hollywood, Universal City Development Partners, Ltd. d/b/a Universal Orlando Resort, and Universal City Travel Partners d/b/a Universal Parks & Resorts Vacations (collectively, "Defendants" or "Universal").  Each party shall bear its own costs.

Dated: October 10, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Julia K. Venditti*
         Julia K. Venditti

Neal J. Deckant (State Bar No. 322946)
Julia K. Venditti (State Bar No. 332688)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA  94596
Telephone:  (925) 300-4455
Facsimile:   (925) 407-2700
Email: ndeckant@bursor.com
            jvenditti@bursor.com

*Attorneys for Plaintiffs*